C. L. Hartwell, trading as C. L. Hartwell & Company, Appellee, v. Crane & Macmahon, Inc., trading as Virginia & North Carolina Wheel Company, Appellant.

Gen. No. 23,190. · (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed. Opinion filed January 30, 1918.

## Statement of the Case.

Attachment by C. L. Hartwell, trading as C. L. Hartwell & Company, plaintiff, against Crane & Macmahon, Inc., trading as the Virginia & North Carolina Wheel Company, defendant. From a judgment for plaintiff for $577.20 and costs, defendant appeals.

CHARLES C. STILWELL, for appellant.

HERBERT A. SCHRYVER, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

## Abstract of the Decision.

1. SALES, § 18*—*when counter proposition deemed accepted.* Where one who receives an offer of goods of a certain description at a certain price replies with a counter proposition, and in reply thereto the offerer advises the former that he has concluded to ship the goods as per its first letter and ships the goods, billing them at the price named in the counter proposition, not at that contained in the original offer, he must be deemed to have accepted the counter proposition, and the terms of the contract between the parties is fixed by the terms of the counter proposition and the letter accepting it.

2. SALES, § 114*—*when contract for sale of lumber not complied with by seller.* In an attachment to recover for lumber sold and

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

delivered, evidence examined and *held* to show that plaintiff failed to comply with the specifications of the contract as to the dimensions of the lumber.

---

Edward Gans, Appellee, v. Lincoln Stars, corporation, et al., on appeal of Lincoln Stars, Appellant.

Gen. No. 23,202.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. John Stelk, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 30, 1918. Rehearing denied February 13, 1918.

## Statement of the Case.

Attachment by Edward Gans, plaintiff, against Lincoln Stars, a corporation, defendant, to recover under an alleged contract with defendant, for an amount claimed to be due for services rendered. From a judgment for plaintiff for $53.53 and costs, defendant appeals.

Laurence M. Fine and Edward Drobnis, for appellant.

Ellis & Westbrooks, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

## Abstract of the Decision.

1. Evidence, § 122*—*when copy of contract admissible as secondary evidence.* In an action to recover for services alleged to have been rendered under a contract, where, on the hearing, on a motion by plaintiff to order defendant to produce the original con-

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.